```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 01876
   LINDA F RUCKER JAMISON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9176


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/28/2006 and was confirmed 04/17/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  22.99%.

      The case was dismissed after confirmation 07/14/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
 AMAHER COLLECTION             UNSECURED       NOT FILED            .00             .00
 ARGENT HEALTHCARE FINANC      UNSECURED       NOT FILED            .00             .00
 ASSET ACCEPTANCE              UNSECURED       NOT FILED            .00             .00
 CAPONE BANK INT INVES         UNSECURED       NOT FILED            .00             .00
 CAPONE BANK INT INVES         UNSECURED       NOT FILED            .00             .00
 CREDIT ACCEPTANCE CORP        UNSECURED        11847.66            .00         1528.45
 CREDIT PROTECTION ASSOC       UNSECURED       NOT FILED            .00             .00
 FIRST PREMIER BANK            UNSECURED       NOT FILED            .00             .00
 HARVARD COLLECTION            UNSECURED       NOT FILED            .00             .00
 MERCHANTS CREDIT              UNSECURED       NOT FILED            .00             .00
 JEFFERSON CAPITAL SYSTEM      UNSECURED         1340.44            .00          166.80
 MIDLAND CREDIT MANAGEMEN      UNSECURED          686.28            .00           88.55
 MIDLAND CREDIT MANAGEMEN      UNSECURED          255.45            .00           31.79
 MRSI                          UNSECURED       NOT FILED            .00             .00
 MUTUAL HOSPITAL SERVICES      UNSECURED       NOT FILED            .00             .00
 MUTUAL HOSPITAL SERVICES      UNSECURED       NOT FILED            .00             .00
 NATIONWIDE ACCEPTANCE~        UNSECURED       NOT FILED            .00             .00
 NATIONWIDE COMMERICAL         UNSECURED       NOT FILED            .00             .00
 NCO MARLIN                    UNSECURED       NOT FILED            .00             .00
 PEOPLES GAS LIGHT & COKE      UNSECURED       NOT FILED            .00             .00
 PROFESSION ACCOUNT MANAG      UNSECURED       NOT FILED            .00             .00
 PROFESSION ACCOUNT MANAG      UNSECURED       NOT FILED            .00             .00
 PROFFESSIONAL ACCOUNT MG      UNSECURED       NOT FILED            .00             .00
 RAKMGTCHAM                    UNSECURED       NOT FILED            .00             .00
 SW CRDT SYS                   UNSECURED       NOT FILED            .00             .00
 HSBC AUTO FINANCE             NOTICE ONLY     NOT FILED            .00             .00
 AMERICASH LOANS               UNSECURED       NOT FILED            .00             .00
 KOMYATTASSOC                  UNSECURED       NOT FILED            .00             .00
 PORTFOLIO RECOVERY ASSOC      UNSECURED        11802.75            .00         1522.66
 MIDLAND CREDIT MANAGEMEN      UNSECURED          461.69            .00           48.96
 MID AMERICA MGMT CORP         UNSECURED       NOT FILED            .00             .00
 CREDIT ACCEPTANCE             NOTICE ONLY     NOT FILED            .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 01876 LINDA F RUCKER JAMISON
```

```
TIMOTHY K LIOU            DEBTOR ATTY      2,709.20                    2,709.20
TOM VAUGHN                TRUSTEE                                        376.13
DEBTOR REFUND             REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   6,472.54

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        3,387.21
ADMINISTRATIVE                                   2,709.20
TRUSTEE COMPENSATION                               376.13
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    6,472.54              6,472.54
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE